UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven,
Industries, Inc.,

Case No.: 8:24-cv-01667-SDM-UAM

        Plaintiffs,

v.

Pacific Lock Company, a/k/a Paclock,
and Gregory B. Waugh,

        Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO THE COMPLAINT

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure and Local Rule 3.01, Rules of the U.S. District Court for the Middle District of Florida, Defendants, Pacific Lock Company, a/k/a Paclock and Gregory B. Waugh (collectively, "Defendants"), moves the Court on the following grounds for an enlargement of time to file their responses to the Complaint:

1. On July 15, 2024, Plaintiffs filed their Complaint. [Dkt. #1].

2. The docket evidences that the Complaint was served on July 17, 2024. [Dkt. #7, 8].

3. Defendants' responses to the Complaint are therefore due to be served on August 7, 2024.

4. Defendants' counsel was only recently retained and because of obligations and proceedings in unrelated court matters, counsel requires an extension of time to research and prepare the responses to the Complaint.

5. Counsel requires a brief extension of nine (9) days to respond to the Complaint, or through August 16, 2024.

6. Defendants do not seek this extension for delay or any other improper purpose.

7. Good cause exists to extend the deadlines for Defendants' responses. Defendants' counsel has been preparing for an injunction hearing in another matter and has also had to attend court hearings and prepare court filings in connection with the injunction hearing.

8. Counsel for Plaintiff was consulted prior to filing this Unopposed Motion and consents to the extension. *See* Certificate of Good Faith Conference, *infra*.

WHEREFORE, Defendants respectfully request the Court grant this Unopposed Motion, and enter an order extending the deadline for Defendants' responses to the Complaint until August 16, 2024, and granting all such other relief as this Court deems just and proper.

## SUPPORTING MEMORANDUM

Under Rule 6(b)(1)(A), Federal Rules of Civil Procedure, this Court has the authority to extend the time for responding to the Complaint as this request is made before the time has expired. Plaintiffs agreed to the extension and are not prejudiced

by the extension as it does not affect any pending case deadlines. Thus, good cause exists to grant this extension.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that on August 2, 2024, he conferred with counsel for Plaintiffs regarding Defendants' relief requested herein and Plaintiffs' counsel consented to Defendants' request.

*/s/ Richard E. Fee, Esq.*
Richard E. Fee

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2024, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Frank R. Jakes (frankj@jpfirm.com), JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, 400 North Ashley Drive, Suite 3100, Tampa, Florida 33602.

/s/ Richard E. Fee
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com

*Lead Trial Counsel for Defendants,
Pacific Lock Company, a/k/a Paclock, and
Gregory B. Waugh*