UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven,
Industries, Inc.,

               Case No.: 8:24-cv-01667-SDM-UAM

 Plaintiffs,

v.

Pacific Lock Company, a/k/a Paclock,
and Gregory B. Waugh,

 Defendants.

_____

**<u>NOTICE OF PENDENCY OF OTHER ACTIONS</u>**

  RONALD LEE, II and PROVEN INDUSTRIES, INC. ("Plaintiffs"), by and through undersigned counsel and, pursuant to Local Rule 1.07(c), certify that the instant action:

\_\_  IS     related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

        _____

        _____

_X_  IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative

agency. However, Defendants contend that a relationship exists with *Gushill Industries, Inc. v. Proven Industries, Inc. et al*, Case No.: 8:19-cv-02770-AEP (M.D. Fla.), a patent infringement case closed on July 21, 2020. Plaintiffs disagree that the case is related.

> Respectfully Submitted,
>
> JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
>
> /s/ *Frank R. Jakes*
> Frank R. Jakes
> LEAD COUNSEL
> Florida Bar No. 372226
> Email frankj@jpfirm.com
> Email mday@jpfirm.com
> 400 North Ashley Drive, Suite 3100
> Tampa, FL  33602
> Telephone (813) 225-2500
> Facsimile (813) 223-7118

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 16th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> /s/ *Frank R. Jakes*
> FRANK R. JAKES
> *Attorney for Plaintiffs*

#10023841