**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Ronald Lee, II, and Proven,
Industries, Inc.,

                                                 Case No.: 8:24-cv-01667-SDM-UAM

      Plaintiffs,

v.

Pacific Lock Company, a/k/a Paclock,
and Gregory B. Waugh,

      Defendants.

_____

## <u>NOTICE OF MEDIATION</u>

Please take notice that the parties have scheduled the Mediation in this

matter as follows:

| Date/Time | Mediator | Place |
|-----------|----------|-------|
| November 12, 2024<br>9:00 a.m. | Jim Matulis | Johnson Pope Bokor<br>Ruppel & Burns LLP<br>400 E. Jackson Street<br>Suite 3100<br>Tampa, Florida  33602 |

                              Respectfully Submitted,

                              JOHNSON, POPE, BOKOR, RUPPEL & BURNS,
                              LLP
                              */s/ Frank R. Jakes*
                              Frank R. Jakes
                              LEAD COUNSEL
                              Florida Bar No. 372226
                              Email frankj@jpfirm.com
                              Email mday@jpfirm.com

400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone (813) 225-2500
Facsimile (813) 223-7118

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frank R. Jakes*
FRANK R. JAKES
*Attorney for Plaintiffs*