UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RONALD LEE, II, and PROVEN
INDUSTRIES, INC.,

     Plaintiff,

CASE NO. 8:24-cv-01667-SDM-UAM

v.

PACIFIC LOCK COMPANY, a/k/a PACLOCK,
and GREGORY E. WAUGH,

     Defendant
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held in person on November 12, 2024, and the results of that conference are indicated below:

☑ All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the parties have reached an impasse.

                                          */s – James Matulis/*
                                          James M. Matulis
                                          Florida Bar No. 0077429
                                          Matulis IP Law
                                          Chase Professional Park
                                          10906 Sheldon Road
                                          Tampa, FL 33626
                                          Jim@MatulisLaw.com
                                          Tel. (813) 451-7347

## CERTIFICATE OF SERVICE

      I hereby certify that on November 14, 2024, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

      */s/ James Matulis*
      James Matulis, Esq.