UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                                             CASE NO:  8:24-cv-01667-SDM-UAM

    Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

    Defendants.
_____/

### NOTICE OF FILING PURSUANT TO ORDER (Doc. 32)

Plaintiffs, RONALD LEE, II and PROVEN INDUSTRIES, INC., by and through their undersigned counsel, hereby give notice of filing of the attached deposition transcript of Gregory B. Waugh.  This deposition is being filed in conjunction with Plaintiffs' Unredacted Memorandum of Law in Opposition to Defendant Waugh's Motion to Dismiss Complaint filed simultaneously with this Court.

                                                              /s/ Frank R. Jakes
                                                              Frank R. Jakes
                                                              FB # 372226
                                                             JOHNSON POPE BOKOR RUPPEL
                                                             & BURNS, LLP
                                                             400 N. Ashley Drive, Suite 3100
                                                             Tampa, Florida 33602
                                                             (813) 225-2500 /(813) 223-7118 (fax)
                                                             Attorneys for Plaintiffs
                                                             frankj@jpfirm.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 2, 2024, I electronically filed the foregoing with the Clerk of the Court by using the E-Filing Portal, which will send a notice of the electronic filing to the following: Richard E. Fee, Esquire, and Kathleen M. Wade, Esquire, Fee & Jeffries, P.A., 1227 N. Franklin Street, Tampa, FL 33602; rfee@feejeffries.com; kwade@feejeffries.com; bszabo@feejeffries.com;

      /s/ Frank R. Jakes  
      FRANK R. JAKES

#10277911