UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                                  CASE NO: 8:24-cv-01667-SDM-UAM

      Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

      Defendants.
_____/

## NOTICE OF FILING PURSUANT TO ORDER (Doc. 35)

Plaintiffs, RONALD LEE, II and PROVEN INDUSTRIES, INC., by and through their undersigned counsel, hereby give notice of filing of the attached additional excerpts from the deposition transcript of Gregory B. Waugh. These excerpts are being filed pursuant to this Court's Order (Doc. 35) and in conjunction with Plaintiffs' Unredacted Memorandum of Law in Opposition to Defendant Waugh's Motion to Dismiss Complaint previously filed with this Court (Doc. 33) and Plaintiffs' Notice of Filing previously filed with this Court (Doc. 34).

                                                  /s/ Frank R. Jakes
                                                  Frank R. Jakes
                                                  FB # 372226
                                                  JOHNSON POPE BOKOR RUPPEL
                                                  & BURNS, LLP
                                                  400 N. Ashley Drive, Suite 3100
                                                  Tampa, Florida 33602
                                                  (813) 225-2500 / (813) 223-7118 (fax)

Attorneys for Plaintiffs<br>
frankj@jpfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frank R. Jakes*
FRANK R. JAKES

#10311081