UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven,
Industries, Inc.,

Case No.: 8:24-cv-01667-SDM-UAM

      Plaintiffs,

v.

Pacific Lock Company, a/k/a Paclock,
and Gregory B. Waugh,

      Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSES TO THE COMPLAINT**

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, and Local Rule 3.01, Rules of the U.S. District Court for the Middle District of Florida, Defendants, Pacific Lock Company, a/k/a Paclock and Gregory B. Waugh (collectively, "Defendants"), move the Court on the following grounds for an enlargement of time to file their responses to the Complaint:

1.    On July 15, 2024, Plaintiffs filed their Complaint. [Doc. 1] and Defendants timely filed their respective motions to dismiss on August 16, 2024. [Docs. 15 and 16].

2.    On January 24, 2025, the Court entered an Order denying the motions to dismiss. [Doc. 37]. Therefore, Defendants' response to the Complaint is due to be filed on February 7, 2025.

3. Due to prior legal commitments, Defendants' counsel requires a brief extension to respond to the Complaint up to and including February 14, 2025.

4. Defendants do not seek this extension for delay or any other improper purpose.

5. Good cause exists to extend the deadlines for Defendants' responses.

6. Counsel for Plaintiff was consulted prior to filing this Unopposed Motion and consents to the extension. *See* Certificate of Good Faith Conference, *infra*.

WHEREFORE, Defendants respectfully request the Court grant this Unopposed Motion and enter an order enlarging the deadline for Defendants' responses to the Complaint until February 14, 2025, and granting all such other relief as this Court deems just and proper.

## SUPPORTING MEMORANDUM

Under Rule 6(b)(1)(A), Federal Rules of Civil Procedure, this Court has the authority to enlarge the time for responding to the Complaint, as this request is made before the time has expired. Plaintiffs agreed to the enlargement and are not prejudiced by the extension as it does not affect any pending case deadlines. Thus, good cause exists to grant this enlargement of time.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that on February 4, 2025, he conferred with counsel for Plaintiffs regarding Defendants' relief requested herein and Plaintiffs' counsel consented to Defendants' request.

                                            */s/ Richard E. Fee, Esq.*
                                            Richard E. Fee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2025, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Frank R. Jakes (frankj@jpfirm.com), JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, 400 North Ashley Drive, Suite 3100, Tampa, Florida 33602.

                                            */s/ Richard E. Fee*
                                            Richard E. Fee
                                            Florida Bar No. 813680
                                            Kathleen M. Wade
                                            Florida Bar No. 127965
                                            FEE & JEFFRIES, P.A.
                                            1227 N. Franklin Street
                                            Tampa, Florida 33602
                                            (813) 229-8008
                                            (813) 229-0046 (Facsimile)
                                            rfee@feejeffries.com
                                            kwade@feejeffries.com
                                            bszabo@feejeffries.com
                                            valeshire@feejeffries.com

                                            *Lead Trial Counsel for Defendants,*
                                            *Pacific Lock Company, a/k/a Paclock, and*
                                            *Gregory B. Waugh*