# **EXHIBIT A**

## MUTUAL NON-DISCLOSURE AGREEMENT

This AGREEMENT is made this _25_ day of _August_, 2014 by and between Ronald James Lee II (hereinafter "Inventor"), a citizen of the state of Florida, and Pacific Lock Inc. (hereinafter "Recipient"), incorporated in the state of California.

WHEREAS, Inventor may provide certain CONFIDENTIAL INFORMATION, PROPRIETARY INFORMATION and materials relating to a Trade secret of a coupler lock for trailers that will use a puck style lock (hereinafter "Trade secret") in connection with discussions between Inventor and Recipient regarding Trade secret, forthcoming products, manufacturing, marketing and business plans, or other business arrangements by and between Inventor and Recipient which Inventor seeks to keep confidential; and

WHEREAS, Recipient may provide certain CONFIDENTIAL INFORMATION and PROPRIETARY INFORMATION and materials in connection with discussions between Recipient and Inventor regarding possible forthcoming products, manufacturing, marketing and business plans, joint development efforts or other business arrangements between Recipient and Inventor which Recipient seeks to keep confidential.

NOW THEREFORE, for and in consideration of the mutual obligations contained herein and for other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby mutually acknowledged, the parties hereto, intending to be legally bound hereby, agree as follows:

1. On the understanding that both parties are interested in meeting to consider possible collaboration in developments arising from Inventor's Intellectual Property it is agreed that all information, whether oral, written or otherwise, that is supplied in the course or as a result of so meeting shall be treated as confidential by the Recipient.

2. The Recipient agrees to accept and hold such CONFIDENTIAL INFORMATION, PROPRIETARY INFORMATION and information concerning said trade secret which is disclosed to Recipient by Inventor in confidence, and to make no disclosure or use of such CONFIDENTIAL INFORMATION, PROPRIETARY INFORMATION, or information concerning said trade secret, for any purpose, other than for the purpose of considering the said collaboration, without obtaining a written agreement of the Inventor after a full and complete disclosure of the terms and conditions of such disclosure.

3. The Inventor agrees to accept and hold such CONFIDENTIAL INFORMATION and PROPRIETARY INFORMATION disclosed to Inventor by Recipient in confidence, and to make no disclosure or use of such CONFIDENTIAL INFORMATION and PROPRIETARY INFORMATION, for any purpose, other than for the purpose of considering said collaboration, without obtaining a written agreement of the Recipient after a full and complete disclosure of the terms and conditions of such disclosure.

4. This Agreement applies to both technical and commercial information communicated by either party.

Non-Disclosure Agreement

Inventor's Initials: _RL_                                           Recipient's Initials: _[signature]_

5. Either party to this Agreement shall on request from the other return any documents or items connected with the disclosure and shall not retain any unauthorized copies or likenesses.

6. This Agreement, or the supply of information referred to in paragraph 1, does not create any license, sublicense, assignment, title or interest in respect to any of Inventor's trade secret Rights.

7. Recipient shall not directly or indirectly acquire any interest in, or design, create, manufacture, reengineer, sell or otherwise deal with any item or product, containing, based upon or derived from the CONFIDENTIAL INFORMATION, PROPRIETARY INFORMATION and information concerning said Provisional Patent, except as may be expressly agreed to in writing by Inventor.

8. This Agreement constitutes the entire agreement between the parties and supersedes all prior agreements or understandings between them with respect to the matters referred to herein. All additions or modifications must be in writing and signed by duly authorized representatives of the parties.

IN WITNESS WHEREOF the parties have executed this Agreement on the date set forth below.

RECIPIENT

Signature: _____

Name: Gregory E Waugh, CEO, Pacific Lock Inc

Title: _____

Date: 8/26/15

INVENTOR

Signature: _____

Name: Ronald James Lee II
8/25/2014

Date: _____

Non-Disclosure Agreement

Inventor's Initials: RL

Recipient's Initials: [signed]

Page 2 of 2