# **EXHIBIT B**







.02 ALL AROUND

DETAIL C
SCALE 2 : 1



SECTION E-E

| UNLESS OTHERWISE SPECIFIED: | | NAME | DATE | | PROVEN INDUSTRIES | |
|---|---|---|---|---|---|---|
| DIMENSIONS ARE IN INCHES TOLERANCES: FRACTIONAL± ANGULAR: MACH±   BEND ± TWO PLACE DECIMAL   ± THREE PLACE DECIMAL   ± | DRAWN | NML | 4/22/2016 | TITLE: 2516 OUTER | | |
| | CHECKED | | | | | |
| | ENG APPR. | | | | | |
| | MFG APPR. | | | | | |
| INTERPRET GEOMETRIC TOLERANCING PER: | Q.A. | | | | | |
| MATERIAL SEE BOM / NOTES | PROPRIETARY AND CONFIDENTIAL THE INFORMATION CONTAINED IN THIS DRAWING IS THE SOLE PROPERTY OF PROVEN INDUSTRIES.  ANY REPRODUCTION IN PART OR AS A WHOLE WITHOUT THE WRITTEN PERMISSION OF PROVEN INDUSTRIES IS PROHIBITED. | | | SIZE **A** | DWG. NO. 2516 OUTER | REV |
| FINISH SEE BOM / NOTES | | | | | | |
| DO NOT SCALE DRAWING | | | | SCALE: 1:2 | WEIGHT: | SHEET 2 OF 2 |

5    4    3    2    1