# **EXHIBIT C**

Contact us at Sales@1st-in-Padlocks.com for quotes or additional information.



Search 

Login / Signup
My account

 0 Cart

Home    Shop Locks    FAQ's    Lead Times, Shipping & Returns    Get In Touch

Home > All products > UCS-77S HEAVY-DUTY TRAILER COUPLER LOCK



Roll over image to zoom in

# UCS-77S HEAVY-DUTY TRAILER COUPLER LOCK

PACLOCK    |    SKU: UCS-77S-2178-KA

**Key Option:** Keyed Alike - All Locks Open with Same Key

Keyed Alike - All Locks Open with Same Key

**Material:** Stainless Steel

Stainless Steel

**Coupler Size:** 1-7/8" & 2" Couplers

1-7/8" & 2" Couplers

**Price:** $282.90 USD

KEY # TO MATCH (found on your current key) or type NEW for a factory assigned key.

Key # or "NEW" for factory assigned

## Description

PACLOCK's UCS-77S Heavy-Duty Trailer Coupler Lock, Buy American Act Compliant, High Security 6-Pin Cylinder, Each Lock comes w/ 2 Keys, Hidden Shackle





**UCS-77S-2178** - Heavy-Duty Trailer Coupler Lock w/ 304 Stainless Steel, Cone-Shaped Lock, Engineered Specifically for Select 1-7/8" & 2" Couplers, Confirm Fitment Prior to Purchase, Made in the USA with Global Components, PATENTED

### Use the same key to open all your locks.

1. START WITH YOUR APPLICATION - From job boxes to trailer door handles, our locks are built for every unique application. PACLOCK's dedication to innovative locking solutions creates new ways to secure valuables than the outdated shackled padlock design.

Quantity:  —  1  +

**Add to Cart**

2. CHOOSE YOUR KEY NUMBER - Easily get all your PACLOCKs to open with the same key. Simply select the "Keyed Alike" option in the "Customize" dropdown menu and type in a key number. U-Pick! your own key number and never worry about your neighbor having that same key number!

3. GET MORE LOCKS KEYED ALIKE - Any time you purchase a lock, enter in the same key number to have all your locks keyed alike. That way, you can use the same key to open up all your locks!







### EVERY LOCK, ONE KEY

Use ONE KEY to unlock your PACLOCKs that are built specifically for:

- Trailer & RV Doors
- Shipping Containers
- Chain Security
- Work Vans
- So much more!

### BUY AMERICAN ACT COMPLIANT PADLOCKS

At PACLOCK, we engineer, CNC machine, assemble, and quality test all of our solid body locks in the USA. High quality goes hand in hand with U.S. production. We maintain a 0.003" tolerance on all of our machining operations.

### HIGH-SECURITY 6-PIN CYLINDERS

UCS cylinders come with 6 pins, rather than the industry standard of 4, allowing for 20,000 non-interchangeable key changes. Every UCS cylinder features stainless steel security pins that make picking tough -- even for veteran lockpickers!

## You may also like

| PACLOCK | PACLOCK | PACLOCK | PACLOCK | PACLOCK |
|---|---|---|---|---|
| UCS-80A TRAILER HITCH LOCK | UCS-88S TRAILER LOCK | UCS-81A TRAILER LOCK | UCS-80S TRAILER HITCH LOCK | UCS-88A TRAILER LOCK |
| From $68.80 USD | From $103.38 USD | From $70.83 USD | From $117.04 USD | From $56.25 USD |

**CONTACT US**

SALES@1ST-IN-PADLOCKS.COM

2184 CHANNING WAY #510

IDAHO FALLS, ID 83404

9:00 AM - 2:00 PM MST MONDAY-FRIDAY

**COMPANY**

Contact Us

Conditions of Use

Privacy Notice

Terms of Service

Refund Policy

**SUPPORT**

Frequently Asked Questions

Lost Keys/Reset Combinations

Key Option Chart

Lead Times, Shipping & Returns

Sentry Safe Questions

© 2024 1st-in-Padlocks

Powered by Shopify

We Accept



Contact us at Sales@1st-in-Padlocks.com for quotes or additional information.



Search

Login / Signup
My account

 Cart

Home    Shop Locks    FAQ's    Lead Times, Shipping & Returns    Get In Touch







Roll over image to zoom in

PACLOCK  |  SKU: UCS-77S-2178-KA

**Key Option:** Keyed Alike - All Locks Open with Same Key

Keyed Alike - All Locks Open with Same Key

**Material:** Stainless Steel

Stainless Steel

**Coupler Size:** 1-7/8" & 2" Couplers

1-7/8" & 2" Couplers

**Price:** $282.90 USD

KEY # TO MATCH (found on your current key) or type NEW for a factory assigned key.

Key # or "NEW" for factory assigned

Quantity: — 1 +

Add to Cart

## Description

PACLOCK's UCS-77S Heavy-Duty Trailer Coupler Lock, Buy American Act Compliant, High Security 6-Pin Cylinder, Each Lock comes w/ 2 Keys, Hidden Shackle





UCS-77S-2178 - Heavy-Duty Trailer Coupler Lock w/ 304 Stainless Steel, Cone-Shaped Lock, Engineered Specifically for Select 1-7/8" & 2" Couplers, Confirm Fitment Prior to Purchase, Made in the USA with Global Components, PATENTED

## Use the same key to open all your locks.

1. START WITH YOUR APPLICATION - From job boxes to trailer door handles, our locks are built for every unique application. PACLOCK's dedication to innovative locking solutions creates new ways to secure valuables than the outdated shackled padlock design.

2. CHOOSE YOUR KEY NUMBER - Easily get all your PACLOCKs to open with the same key. Simply select the "Keyed-Alike Option" to "Customize" and type in a key number. U-Pick! your own key number and never worry about your neighbor having that same key number!

3. GET MORE LOCKS KEYED ALIKE - Any time you purchase a lock, enter in the same key number to have all your locks keyed alike. That way, you can use the same key to open up all your locks!







### EVERY LOCK, ONE KEY

Use ONE KEY to unlock your PACLOCKs that are built specifically for:

- Trailer & RV Doors
- Shipping Containers
- Chain Security
- Work Vans
- So much more!

### BUY AMERICAN ACT COMPLIANT PADLOCKS

At PACLOCK, we engineer, CNC machine, assemble, and quality test all of our solid body locks in the USA. High quality goes hand in hand with U.S. production. We maintain a 0.003" tolerance on all of our machining operations.

### HIGH-SECURITY 6-PIN CYLINDERS

UCS cylinders come with 6 pins, rather than the industry standard of 4, allowing for 20,000 non-interchangeable key changes. Every UCS cylinder features stainless steel security pins that make picking tough -- even for veteran lockpickers!

## You may also like

| PACLOCK | PACLOCK | PACLOCK | PACLOCK | PACLOCK |
|---|---|---|---|---|
| **UCS-80A TRAILER HITCH LOCK** | **UCS-88S TRAILER LOCK** | **UCS-81A TRAILER LOCK** | **UCS-80S TRAILER HITCH LOCK** | **UCS-88A TRAILER LOCK** |
| From $68.80 USD | From $103.38 USD | From $70.83 USD | From $117.04 USD | From $56.25 USD |

### CONTACT US

SALES@1ST-IN-PADLOCKS.COM

2184 CHANNING WAY #510

IDAHO FALLS, ID 83404

9:00 AM - 2:00 PM MST MONDAY-FRIDAY

### COMPANY

Contact Us

Conditions of Use

Privacy Notice

Terms of Service

Refund Policy

### SUPPORT

Frequently Asked Questions

Lost Keys/Reset Combinations

Key Option Chart

Lead Times, Shipping & Returns

Sentry Safe Questions

© 2024 1st-in-Padlocks

Powered by Shopify

We Accept



Contact us at Sales@1st-in-Padlocks.com for quotes or additional information.



Search

Login / Signup
My account

 0 Cart

Home | Shop Locks | FAQ's | Lead Times, Shipping & Returns | Get In Touch





Roll over image to zoom in

PACLOCK | SKU: UCS-77S-2178-KA

**Key Option:** Keyed Alike - All Locks Open with Same Key

Keyed Alike - All Locks Open with Same Key ⌄

**Material:** Stainless Steel

Stainless Steel ⌄

**Coupler Size:** 1-7/8" & 2" Couplers

1-7/8" & 2" Couplers ⌄

**Price:** $282.90 USD

KEY # TO MATCH (found on your current key) or type NEW for a factory assigned key.

Key # or "NEW" for factory assigned



**Quantity:** − 1 +

[Add to Cart]

## Description

PACLOCK's UCS-77S Heavy-Duty Trailer Coupler Lock, Buy American Act Compliant, High Security 6-Pin Cylinder, Each Lock comes w/ 2 Keys, Hidden Shackle



USA Manufacturing | High Performance | Family Owned



EVERY LOCK ONE KEY

**UCS-77S-2178** - Heavy-Duty Trailer Coupler Lock w/ 304 Stainless Steel, Cone-Shaped Lock, Engineered Specifically for Select 1-7/8" & 2" Couplers, Confirm Fitment Prior to Purchase, Made in the USA with Global Components, PATENTED

## Use the same key to open all your locks.

1. START WITH YOUR APPLICATION - From job boxes to trailer door handles, our locks are built for every unique application. PACLOCK's dedication to innovative locking solutions creates new ways to secure valuables than the outdated shackled padlock design.

2. CHOOSE YOUR KEY NUMBER - Easily get all your PACLOCKs to open with the same key. Simply select the "Add A Key Number" option in the customization menu and key in a key number. U-Pick! your own key number and never worry about your neighbor having that same key number!

3. GET MORE LOCKS KEYED ALIKE - Any time you purchase a lock, enter in the same key number to have all your locks keyed alike. That way, you can use the same key to open up all your locks!







### EVERY LOCK, ONE KEY

Use ONE KEY to unlock your PACLOCKs that are built specifically for:

- Trailer & RV Doors
- Shipping Containers
- Chain Security
- Work Vans
- So much more!

### BUY AMERICAN ACT COMPLIANT PADLOCKS

At PACLOCK, we engineer, CNC machine, assemble, and quality test all of our solid body locks in the USA. High quality goes hand in hand with U.S. production. We maintain a 0.003" tolerance on all of our machining operations.

### HIGH-SECURITY 6-PIN CYLINDERS

UCS cylinders come with 6 pins, rather than the industry standard of 4, allowing for 20,000 non-interchangeable key changes. Every UCS cylinder features stainless steel security pins that make picking tough -- even for veteran lockpickers!

## You may also like

| PACLOCK | PACLOCK | PACLOCK | PACLOCK | PACLOCK |
|---|---|---|---|---|
| UCS-80A TRAILER HITCH LOCK | UCS-88S TRAILER LOCK | UCS-81A TRAILER LOCK | UCS-80S TRAILER HITCH LOCK | UCS-88A TRAILER LOCK |
| From $68.80 USD | From $103.38 USD | From $70.83 USD | From $117.04 USD | From $56.25 USD |

**CONTACT US**

SALES@1ST-IN-PADLOCKS.COM

2184 CHANNING WAY #510

IDAHO FALLS, ID 83404

9:00 AM - 2:00 PM MST MONDAY-FRIDAY

**COMPANY**

Contact Us
Conditions of Use
Privacy Notice
Terms of Service
Refund Policy

**SUPPORT**

Frequently Asked Questions
Lost Keys/Reset Combinations
Key Option Chart
Lead Times, Shipping & Returns
Sentry Safe Questions

© 2024 1st-in-Padlocks

Powered by Shopify

We Accept



Contact us at Sales@1st-in-Padlocks.com for quotes or additional information.



Search

Login / Signup
My account

0 Cart

Home | Shop Locks | FAQ's | Lead Times, Shipping & Returns | Get In Touch

Home > All products > UCS-77S HEAVY-DUTY TRAILER COUPLER LOCK




## UCS-77S HEAVY-DUTY TRAILER COUPLER LOCK

PACLOCK    SKU: UCS-77S-2178-KA

   

**Material:** Stainless Steel

Stainless Steel

**Coupler Size:** 1-7/8" & 2" Couplers

1-7/8" & 2" Couplers

**Price:** $282.90 USD

KEY # TO MATCH (found on your current key) or type NEW for a factory assigned key.

Key # or "NEW" for factory assigned




Roll over image to zoom in

Quantity: − 1 +

**Add to Cart**

## Description

PACLOCK's UCS-77S Heavy-Duty Trailer Coupler Lock, Buy American Act Compliant, High Security 6-Pin Cylinder, Each Lock comes w/ 2 Keys, Hidden Shackle





**UCS-77S-2178** - Heavy-Duty Trailer Coupler Lock w/ 304 Stainless Steel, Cone-Shaped Lock, Engineered Specifically for Select 1-7/8" & 2" Couplers, Confirm Fitment Prior to Purchase, Made in the USA with Global Components, PATENTED

## Use the same key to open all your locks.

1. START WITH YOUR APPLICATION - From job boxes to trailer door handles, our locks are built for every unique application. PACLOCK's dedication to innovative locking solutions creates new ways to secure valuables than the outdated shackled padlock design.

2. CHOOSE YOUR KEY NUMBER - Easily get all your PACLOCKs to open with the same key. Simply select the "Add A Key Number" option in the customization options and fill in a key number. U-Pick! your own key number and never worry about your neighbor having that same key number!

3. GET MORE LOCKS KEYED ALIKE - Any time you purchase a lock, enter in the same key number to have all your locks keyed alike. That way, you can use the same key to open up all your locks!







**EVERY LOCK, ONE KEY**

Use ONE KEY to unlock your PACLOCKs that are built specifically for:

- Trailer & RV Doors
- Shipping Containers
- Chain Security
- Work Vans
- So much more!

**BUY AMERICAN ACT COMPLIANT PADLOCKS**

At PACLOCK, we engineer, CNC machine, assemble, and quality test all of our solid body locks in the USA. High quality goes hand in hand with U.S. production. We maintain a 0.003" tolerance on all of our machining operations.

**HIGH-SECURITY 6-PIN CYLINDERS**

UCS cylinders come with 6 pins, rather than the industry standard of 4, allowing for 20,000 non-interchangeable key changes. Every UCS cylinder features stainless steel security pins that make picking tough -- even for veteran lockpickers!

You may also like

| PACLOCK | PACLOCK | PACLOCK | PACLOCK | PACLOCK |
|---|---|---|---|---|
| UCS-80A TRAILER HITCH LOCK | UCS-88S TRAILER LOCK | UCS-81A TRAILER LOCK | UCS-80S TRAILER HITCH LOCK | UCS-88A TRAILER LOCK |
| From $68.80 USD | From $103.38 USD | From $70.83 USD | From $117.04 USD | From $56.25 USD |

### CONTACT US

SALES@1ST-IN-PADLOCKS.COM

2184 CHANNING WAY #510

IDAHO FALLS, ID 83404

9:00 AM - 2:00 PM MST MONDAY-FRIDAY

### COMPANY

Contact Us
Conditions of Use
Privacy Notice
Terms of Service
Refund Policy

### SUPPORT

Frequently Asked Questions
Lost Keys/Reset Combinations
Key Option Chart
Lead Times, Shipping & Returns
Sentry Safe Questions

© 2024 1st-in-Padlocks

Powered by Shopify

We Accept

