# EXHIBIT D















Case 8:24-cv-01667-SDM-LSG   Document 42-4   Filed 04/25/25   Page 9 of 9 PageID 567

