UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                                             CASE NO: 8:24-cv-01667-SDM-UAM

      Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

      Defendants.
_____/

**CONSENT TO FILING AMENDED COMPLAINT**

      In light of the Motion for Sanctions Defendants served on Plaintiffs pursuant to Rules 5 and 11, Federal Rules of Civil Procedure, which would have been ripe for filing by Defendants after April 25, 2025, Defendants, by and through their undersigned counsel and pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, hereby consent to Plaintiffs filing a First Amended Complaint for the purpose of withdrawing Count IV of their original Complaint.

Dated: April 25, 2025                                        */s/ Richard E. Fee*
                                                                             Richard E. Fee
                                                                             FEE & JEFFRIES, P.A.
                                                                             1227 N. Franklin Street
                                                                             Tampa, Florida 33602
                                                                             Email: rfee@feejeffries.com
                                                                             Counsel for Defendants,
                                                                             *Pacific Lock Company,*
                                                                             *a/k/a Paclock, and*
                                                                             *Gregory B. Waugh*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2025, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Frank R. Jakes (frankj@jpfirm.com, mday@jpfirm.com), JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP, 400 North Ashley Drive, Suite 3100, Tampa, Florida 33602.

                                                    */s/ Richard E. Fee*
                                                    Richard E. Fee