# EXHIBIT G

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                      CASE NO:  8:24-cv-01667-SDM-UAM

      Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

      Defendants.
_____/

## NOTICE OF TAKING RULE 30(B)(6) DEPOSITION
## OF PACIFIC LOCK COMPANY A/K/A PACLOCK

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), Federal Rules of Civil Procedure, the Plaintiffs, RONALD LEE II, AND PROVEN INDUSTRIES, INC., will take the deposition of **PACIFIC LOCK COMPANY A/K/A PACLOCK** on the date, time, and location set out below.  Pursuant to Fed. R. Civ. P. 30(b)(6), **PACIFIC LOCK COMPANY A/K/A PACLOCK** shall designate one or more representatives to testify on its behalf regarding the subject areas set forth in Exhibit A attached hereto.

**DATE: AUGUST 7, 2025**

**TIME:  10:00 A.M.**

**LOCATION:  FEE & JEFFRIES, P.A.**
**1227 N. Franklin Street**
**Tampa, Florida 33602**

Pursuant to Fed. R. Civ. P. 30(b)(6), a representative of the subpoenaed party, **PACIFIC LOCK COMPANY A/K/A PACLOCK** must confer with undersigned counsel in good faith regarding the topics and matters for examination.  Please contact attorney Frank R. Jakes at (813) 225-2500 at your earliest opportunity to conduct this conference.

This deposition is being taken for the purpose of discovery, for use at trial, and/or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

  _/s/ Frank R. Jakes_
Frank R. Jakes, Esq.
Florida Bar No. 372226
E-Mail:  frankj@jpfirm.com
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
400 N. Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone: (813) 225-2500
Facsimile: (813) 223-7118
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of August 2025, I caused service of a true and correct copy of the foregoing via email to counsel for the

Defendants Richard E. Fee at rfee@feejeffries.com, kwade@feejeffries.com and

bszabo@feejeffries.com.

/s/ Frank R. Jakes
FRANK R. JAKES
*Attorney for Plaintiffs*


CC:  Array Court Reporting



#10926346

3

# EXHIBIT "A"
## TO: PACIFIC LOCK COMPANY A/K/ A PACLOCK

### Deposition Topics

1. PACLOCK's costs on a per-unit basis for the UCS-77S Heavy-Duty Trailer Coupler.

2. PACLOCK's sales of its UCS-77S-2516 product from June 1, 2025 to present by unit volume and sales volume.

3. PACLOCK's sales of its UCS-77S-2178 product from June 1, 2025 to present by unit volume and sales volume.

4. PACLOCK's sales of its UCS- UCS-81A product from June 1, 2025 to present by unit volume and sales volume.

5. The manner in which PACLOCK advertises and markets its UCS-77S-2516, UCS-77S-2178 and UCS- UCS-81A products.

6. PACLOCK's distributors for its UCS-77S-2516, UCS-77S-2178 and UCS- UCS-81A products.

7. The documents produced by Defendants in response to Plaintiffs' Second and Third Requests for Production.

8. The factual basis for all defenses raised by PACLOCK in its Answer to the Amended Complaint.

9. All internal protocols and standard operating procedures employed by PACLOCK for the handling of confidential information and/or documents.

4

10. The manner in which PACLOCK manages adherence to Non-Disclosure Agreements.

11. All internal protocols for ensuring adherence to any non-disclosure or confidential agreement to which either Defendant is a party.

12. The location of all copies of the Mutual Non-Disclosure Agreement between Plaintiff Lee and Defendant Paclock dated August 25, 2014.

13. The identity of all PACLOCK employees privy to the Mutual Non-Disclosure Agreement between Plaintiff Lee and Defendant Paclock dated August 25, 2014.

14. All efforts employed by PACLOCK to adhere to the Mutual Non-Disclosure Agreement between Plaintiff Lee and Defendant Paclock dated August 25, 2014.

15. PACLOCK's answers to Interrogatories in this action.

16. Greg Waugh's compensation since January 1, 2023.

17. PACLOCK's decision to manufacture its UCS-77S-2516, UCS-77S-2178 and UCS-UCS-81A products.

5