# EXHIBIT I

Home / Products / RV and Trailers / Trailer Coupler Lock / "77-Series" for Trailer Coupler Storage



    

## "77-Series" for Trailer Coupler Storage

High Security Trailer Coupler Lock, Patented & Patent-Pending

PACLOCK's "77-Series" high security trailer coupler locks are the best choice for securing your application. Our patent-pending two-piece system improves on an expired patent by integrating the stainless-steel cone puck, creating a more secure, user-friendly, and affordable solution. Why is PACLOCK doing this? We know our competitors have been overcharging for years, and now we've designed and manufactured a superior product that our family business is comfortable selling at an affordable price. No gimmicks, no games – just great products at the right price. Every "77-Series" lock comes with 304 grade stainless steel patented cone-shaped puck, while the competition charges $100 extra for an "upgrade" to a lesser quality 303 grade stainless-steel. In addition, our competition can't provide the cone-shaped puck. The patent-pending two-piece design of the "77-Series" ensures seamless installation with consistent alignment, unlike products with a loose puck. Its patented cone shape resists frontal drilling attacks, making it a customer favorite for years. While 304 stainless is more expensive and difficult to machine, it offers superior corrosion resistance compared to the 303 or 302 used by competitors. The 1/4" steel shield is double protected with zinc plating and powder coating for maximum resistance against the elements, corrosion, and tampering. The "77-Series" also secures chains to further prevent trailer theft. PACLOCK's "77-Series" is the best product out there.

**Cylinder Technology**
[ UCS™ ]

**Lock Body Material**
[ 304 Stainless Steel ]

**Coupler Size**
[ 2-5/16" Bulldog ] [ 2-5/16" Underslung ] [ 2" Bulldog ] [ Standard 2-5/16" ]
[ Standard 2" ]

**Keying**
[ Keyed Different ] [ Keyed Alike "U-PICK!"™ ]

Orders typically ship within 3 business days.

**Selected Options:**
— Cylinder Type: Choose an option
— Body Material: Choose an option
— Coupler Size: Choose an option
— Keying: Choose an option

Quantity: 1

[ Add To Cart ]



### Product Information

| | |
|---|---|
| Lock Body Material: | 304 Stainless Steel, Full Steel Shroud with Zinc Plating and Powder Coating |
| Available Shackle Materials: | Hardened Stainless Steel |
| | Made in USA with Global Components |
| Cylinder Manufacturer(s): | PACLOCK® |
| Cylinder Type: | Universal Cylinder System™ (UCS™) |
| Available Keyway(s): | P0, PR1 |
| Shackle Spread: | N/A |

— Better security at a more affordable price. PACLOCK uses 304 stainless for superior corrosion and drill resistance compared to the competitor's 303 stainless. We machine a puck like no other.

— Patent-pending 2-piece design ensures simple alignment and installation. Patented cone resists drill attacks, while the 1/4" steel housing is double protected with zinc plating and powder coating.

— Every Lock, One Key: Use one key for all your security solutions – trailer doors, hitch pins, Pelican cases, or cam locks! The pick/bump resistant 6-pin UCS cylinder allows for 20,000+ key codes. 2 keys included.

— American Manufacturer: Made in USA with global components by a family manufacturer hiring veterans and people with disabilities. Our product line is growing, so if you don't see your lock, call us!

### Related products


"CL30-Series" Cam Lock


"10-Series" Universal Jobsite Box Lock


"80-Series" Hitch Pin Locks


"79-Series" Universal Coupler Lock

All product and company names are trademarks or registered trademarks of their respective holders. Use of the marks does not imply any affiliation with or endorsement by the holders.

© 2025 Pacific Lock Company. All rights Reserved.

Privacy Policy