# EXHIBIT B

Anthony F. Sansone Volume I
March 19, 2025

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-cv-01667-SDM-UAM

Ronald Lee, II and Proven
Industries, Inc.,

    Plaintiffs,

vs.

Pacific Lock Company a/k/a
Paclock, and Gregory B. Waugh,

    Defendants.
_____/

DEPOSITION OF ANTHONY F. SANSONE
VOLUME I

Wednesday, March 19, 2025
9:58 a.m. - 4:37 p.m.

Johnson, Pope, Ruppel & Burns, LLP
400 North Ashley Drive
Tampa, Florida 33602

-------------------------------------------------

STENOGRAPHICALLY REPORTED BY:
LISA ORTEGA, RPR
Registered Professional Reporter
Job No.: 6826128-001

Anthony F. Sansone Volume I
March 19, 2025

```
 1     Q.    All right.  And you moved down to Florida then
 2  in about 2012?
 3     A.    Approximately, yeah.
 4     Q.    And how long did you work at Air Products?
 5     A.    Between five and six years.
 6     Q.    That brings us to about 2018.  Is that right?
 7     A.    About, yeah.
 8     Q.    Is that when you started working at Proven
 9  Industries is 2018?
10     A.    Full-time, yes.
11     Q.    When did you work part-time at Proven
12  Industries?
13     A.    Starting in -- toward the end of 2016.
14     Q.    All right.  Can you describe how you became to
15  be hired at Proven Industries?
16     A.    I was contacted by Ron who was looking for
17  someone to do part-time design and machining work, so
18  being -- having a background in both and being right
19  across the street from Air Products was sort of
20  convenient.
21     Q.    All right.  How did you meet Mr. Lee to begin
22  with?
23     A.    He contacted me through I believe it was
24  Indeed.
25     Q.    Because you had posted your resume?
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1  go work down the street or across the street for Proven
 2  Industries part-time?
 3      A.   It wasn't required as far as I'm aware.
 4      Q.   And how do you know that?
 5      A.   As far as I'm aware.
 6      Q.   And that was your assumption?  You never asked
 7  anybody if it was permitted, correct?
 8      A.   Correct.
 9      Q.   All right.  And when you went to work for
10  Proven Industries, you got a paycheck from Proven
11  Industries?
12      A.   I believe so.
13      Q.   And were you a W-2 employee at that time of
14  Proven Industries?
15      A.   No.
16      Q.   Were you a 1099 contractor?
17      A.   Yes.
18      Q.   Did you sign any agreement with Proven
19  Industries at the time?
20      A.   I don't remember if I did or not.
21      Q.   Have you since signed an agreement with Proven
22  Industries?
23      A.   We have -- yes.
24      Q.   Okay.  When did you sign an agreement for the
25  first time with Proven Industries?
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1  ability to terminate your employment?
 2     A.    I'm not sure.
 3           MR. JAKES:  You have to pay for the electricity
 4     around here.
 5           MR. FEE:  Just so the record is clear, the
 6     lights just went out in the conference room, but
 7     they're usually motion detected.  We're not -- we're
 8     not moving around enough.  That's an engineering
 9     flaw, I guess.
10           THE WITNESS:  Yeah.  Yeah.  In the corner.
11     Tucked in the corner.
12           MR. FEE:  We'll blame that on the architects
13     then.
14           MR. JAKES:  That would be the prior occupants
15     that designed it.
16           MR. FEE:  Okay.  That's not Mr. Jakes' fault.
17           MR. JAKES:  No.  I didn't do that one.
18     Q.    (By Mr. Fee)  All right.  And does Mr. Lee have
19  the ability to increase your compensation?
20     A.    Yes.
21     Q.    And decrease your compensation?
22     A.    Yes.
23     Q.    And change other terms of your employment?
24     A.    I believe so, yes.
25     Q.    When you started as a consultant working with
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1  Mr. Lee at either Proven or Dynamic Manufacturing, what
 2  products were being offered by either of those
 3  companies?
 4       A.   I know at least the -- there was a version of
 5  the trailer coupler lock.
 6       Q.   Does that product have a designation, a name, a
 7  description?
 8       A.   It does, yes.
 9       Q.   All right.  Do you know what that designation
10  or description is?
11       A.   No.  I would just be speculating without
12  looking at the records.
13       Q.   Have you heard of a 2516 lock?
14       A.   Yes.
15       Q.   Is that what it was called?
16       A.   I don't remember the timeline of when that
17  product was available.
18       Q.   Did it have -- were there any other products
19  that were being offered by either Proven Industries or
20  Dynamic Manufacturing when you first started providing
21  services as an independent consultant?
22       A.   From what I can remember, it was the -- just
23  the trailer coupler locks.
24       Q.   Were there different versions?
25       A.   I'm not a hundred percent certain.
```

Anthony F. Sansone Volume I
March 19, 2025

1   Q.   Have you ever had any conversations with Ron
2   Lee as to how it was that he came up with the idea for
3   the Proven 2615 trailer hitch lock?
4        MR. JAKES:  Object to the form.
5   A.   Yeah, but I can't remember the exact
6   conversation.
7   Q.   (By Mr. Fee)  Can you recall anything about the
8   conversation?
9   A.   That -- from what I remember, the initial
10  design for the initial coupler lock was the model 2178,
11  which was smaller and had a -- not a full face on the
12  front of it, he wanted to take his design for that and
13  make it larger so it would fit on more trailers.
14  Q.   Do you recall Mr. Lee ever telling you that his
15  inspiration for making a trailer coupler -- trailer
16  hitch coupler lock was the GusHill product?
17  A.   No.  I can't recall.
18  Q.   When was the first time you became aware of
19  trailer hitch coupler locks?
20  A.   When -- when I was younger we had a boat that
21  we would trailer and we just kept a cheap lock in the
22  front of it, so when I was in middle school, high
23  school.
24  Q.   And have you been aware of trailer hitch
25  coupler locks continually since you were in middle

```
 1  school?
 2      A.   I knew they existed.  I didn't really -- beyond
 3  them being available, didn't really pay much attention
 4  to them.
 5      Q.   And where did you see that they were available?
 6      A.   Just Walmart, K-Mart, that sort of thing.
 7      Q.   And what year were you in middle school?
 8      A.   It would have been mid to late '90s.
 9      Q.   Yeah.  That's -- that's embarrassing to some of
10  us here.
11      A.   Yeah.
12      Q.   I think Mr. Jakes and I were well into practice
13  of law by then.  Maybe Mr. Jakes had a head start on me,
14  but we're not going to go there.
15           Did you have at any time any discussions with
16  Ron Lee about the market share potential for trailer
17  coupler locks?
18      A.   I can't recall anything specific.
19      Q.   Have you discussed the market for trailer
20  coupler locks with Ron Lee?
21      A.   Yes.
22      Q.   And when do you think the first time you had
23  that conversation?  Was it when you were an independent
24  contractor?
25      A.   I would be speculating, but -- yeah, it would
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1  locks?
 2       MR. JAKES:  Same objection.
 3       A.  My opinion is it brought that portion of the
 4  market more -- made it more popular in the -- amongst
 5  the common trailer users, but created it, I can't say
 6  for sure.
 7       Q.  (By Mr. Fee)  When was the first time that you
 8  recall seeing a high security trailer coupler lock?
 9       A.  It would have likely been around when I first
10  started discussions with Ron.
11       Q.  When you were in middle school and before you
12  met Ron Lee, did you know that there was a need for a
13  high protection for trailers when they were disengaged
14  from, for example, a pickup truck that would be towing
15  them?
16       A.  So personally, we lived -- where we lived
17  wasn't a very crime ridden area, so security wasn't
18  really an issue, so I didn't give much thought to it.
19  We would leave car doors unlocked, house doors unlocked
20  all the time, so.
21       Q.  Is there anything about fabricating a trailer
22  coupler lock out of sheet metal and pipe that you think
23  is not obvious to somebody looking at it?
24       MR. JAKES:  Object to the form.
25       A.  In my opinion, someone knowledgeable in
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1  fabrication could see it and know how it's made.
 2      Q.   (By Mr. Fee)  Yeah.  In other words, with an
 3  English degree, I look at the GusHill product and say,
 4  wow, if something is made out of aluminum, it could
 5  probably also be made out of steel given existing
 6  fabrication techniques.
 7           Do you agree that the -- seeing the GusHill
 8  product, it doesn't take any special knowledge to say I
 9  bet I could make something like that out of steel?
10           MR. JAKES:  Object to the form.  Improper
11      hypothetical.
12      A.   I would equate it to, say, watching a football
13  game knowing that guy should be able to catch that, but
14  me, myself, probably couldn't do that, so I know that it
15  can be done by someone, but the necessary steps -- you
16  know what I mean?
17      Q.   (By Mr. Fee)  But somebody who had similar
18  training to you in fabrication of sheet metal could
19  certainly know how to do it, correct?
20      A.   Potentially, yes.
21      Q.   Was there anything in your background,
22  training, or experience before you met Ron Lee that
23  would prevent you from being able to fabricate a trailer
24  coupler lock such as the GusHill product using sheet
25  metal and pipe?
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1      A.   It was not within the past couple years.  It
 2   was before, but I can't remember from when I started to
 3   what products existed and what products --
 4      Q.   Did Mr. Lee at any time share with you the
 5   profit margin for Proven's trailer hitch coupler lock?
 6      A.   The exact profit margin, I believe no.
 7      Q.   Well, you knew what the retail price was,
 8   correct?
 9      A.   Correct.
10      Q.   And you knew the cost of the fabrication and
11   manufacturing, correct?
12      A.   Correct.
13      Q.   Could you do the mathematical equation that
14   requires you to subtract the manufacturing cost from the
15   retail price?
16      A.   I am still not a hundred percent knowledgeable
17   of all the other costs that go into marketing and --
18      Q.   What would the -- well, let's just talk about
19   cost of producing the goods.  You could figure out how
20   much Proven would make on the sale of a trailer hitch
21   coupler lock because you knew the retail price and you
22   knew the manufacturing cost.  The only variable would be
23   shipping and marketing, correct?
24      A.   And I believe there would be some extra
25   overhead calculated in customer service and...
```

Anthony F. Sansone Volume I
March 19, 2025

1   Q.   But you clearly knew the retail price and the
2   cost of fabrication, correct?
3   A.   Yes.
4   Q.   And you knew that back in 2019, correct, when
5   you were already in charge of the manufacturing?
6   A.   I can't remember when I started overseeing the
7   manufacturing costs versus just the operation -- just
8   the actual processes.
9   Q.   When you were overseeing manufacturing you had
10  access to the suppliers, right, and you knew what the
11  goods cost that's used to manufacture, right?
12  A.   Not initially, no.  That was --
13  Q.   When did you learn that?
14  A.   I don't remember off the top of my head when.
15  Q.   Was it last year?
16  A.   No.  It was --
17  Q.   Earlier in time, right?
18  A.   Yeah; several years.
19  Q.   Yeah.  It was before 2020, wasn't it?
20  A.   That I don't recall.
21  Q.   In fact, it was back in 2018, wasn't it?
22  A.   I don't recall when I started overseeing all
23  aspects of...
24  Q.   Are you familiar with a trailer door lock?
25  A.   Yes.

Anthony F. Sansone Volume I
March 19, 2025

```
 1      Q.   And if you always made it, would it have been
 2   made in the same facility where you went to work every
 3   day?
 4      A.   If we always made it, then yes.
 5      Q.   Are you familiar with a wing design for a
 6   trailer coupler lock?
 7      A.   Yes.
 8      Q.   What is that wing design?  Can you describe it,
 9   please?
10      A.   That refers, I believe, to the portion that
11   connects to the trailer has protrusions on the side that
12   when you install the outer portion, the little
13   protrusions stick out the side like wings.
14      Q.   And what's the purpose of those wings?
15      A.   I believe to make it easier for someone to
16   align everything.
17      Q.   And that's not a hidden feature, is it?
18      A.   No.
19      Q.   And you became aware of that feature when you
20   first started working for Proven as a part-time
21   consultant, correct?
22      A.   I don't remember if they were on them then or
23   not.
24      Q.   Assuming that they were on them back in 2016,
25   you would have been aware of them, right?
```

Anthony F. Sansone Volume I
March 19, 2025

```
 1      A.    I would have been aware, yes.
 2      Q.    Yes.  And you would have been aware of them as
 3   soon as they were existing on Proven's trailer hitch
 4   coupler locks, correct?
 5      A.    I would have been aware, yeah.
 6      Q.    It's a readily apparent feature, correct?
 7      A.    Yes.
 8            MR. JAKES:  When you have a breaking point.
 9            MR. FEE:  Okay.  We can take a break.
10            MR. JAKES:  Okay.
11            MR. FEE:  Five minutes?
12            MR. JAKES:  Ten because I've got to look at
13   something.
14            MR. FEE:  Okay.  Thank you.
15            (Recess from 3:01 p.m. until 3:14 p.m.)
16      Q.    (By Mr. Fee)  All right.  Back on.
17            Did you speak with Ron Lee during this last
18   break?
19      A.    No.
20      Q.    Have you spoken with Ron Lee during any of the
21   breaks today?
22            MR. JAKES:  There have been calls that involved
23      the client.
24      Q.    (By Mr. Fee)  Okay.  So Ron Lee -- you spoke
25   with Ron Lee during some of the breaks today, correct?
```