UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                              CASE NO:  8:24-cv-01667-SDM-UAM

       Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

       Defendants.

_____/

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF**

### **Motion Opposed**

Plaintiffs, Ronald Lee II, and Proven Industries, Inc. ("Plaintiffs"), by and through their undersigned counsel, and pursuant to Local Rule 3.01(c), M.D. Local Rules, for an Order permitting Plaintiffs to file a reply brief of not more than four (4) pages in reply to Defendants' Response in Opposition to Plaintiffs' Amended Motion to Compel (Doc. 51) for the reasons set forth in the following memorandum.

## MEMORANDUM

Plaintiffs bring their Motion to Compel related to Defendants apparent failure to produce complete sales documentation regarding the accused products. After the filing of this Motion and a meet and confer, Defendants supplemented their production reflecting previously undisclosed product sales exponentially greater than those disclosed during the discovery period.

Defendants contend that this late, post-discovery deadline production moots Plaintiffs Motion and that any continued discrepancy with the reporting of Defendants' Amazon sales reflected by third-party software known as Jungle Scout is untrustworthy.

Plaintiffs request a short reply brief not to exceed four (4) pages to address the mootness and Jungle Scout authenticity issues. Since these issues could not have been anticipated when filing the Amended Motion to Compel, Plaintiffs believe that such a short reply brief will assist the Court in fully and fairly adjudicating the Motion.

## CONCLUSION

For the foregoing reasons, Plaintiffs request leave to file a short Reply Brief not to exceed four (4) pages in length.

## RULE 3.01(g) CERTIFICATE

Counsel for Plaintiffs has conferred with counsel for Defendants, and the Defendants oppose the relief sought in this Motion.

/s/ Frank R. Jakes
Frank R. Jakes
FB # 372226
JOHNSON POPE BOKOR RUPPEL
& BURNS, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
(813) 225-2500 / (813) 223-7118 (fax)
Attorneys for Plaintiff
frankj@jpfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frank R. Jakes
FRANK R. JAKES
*Attorney for Plaintiffs*

3