UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                                  CASE NO: 8:24-cv-01667-SDM-UAM

    Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

    Defendants.
_____/

**PLAINTIFFS' CONSENTED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANTS'
<u>MOTION FOR SUMMARY JUDGMENT (Doc. 50)</u>**

Plaintiffs, by and through their undersigned counsel, and with the consent of Defendants, move this Court pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time up to and including October 17, 2025, in which to file their Response to Defendants' Motion for Summary Judgment (Doc. 50) for the reasons set forth in the following Memorandum.

Memorandum

Currently, Plaintiffs' response to Defendants' Motion for Summary Judgment is due to be filed on or before October 10, 2025. Unfortunately, this coincides with the deadline for another Opposition to a Summary Judgment Motion in another matter pending before this Court in *Surface Engineering and Alloy Company, Inc. d/b/a Extreme Coatings v. US Thermal Spray, LLC, et al.*, Case No. 8:24-cv-483-JLB-AEP in which undesigned counsel is also lead counsel for the Plaintiff. The Surface Engineering case is an earlier filed case that is presently scheduled on a December trial docket.

Further complicating the ability of undersigned counsel to adhere to the filing deadline in this case is the fact that Plaintiffs' deadline to file dispositive motions is September 30, 2025. Additionally, the Celebration of Life of Wally Pope (undersigned counsel's law partner, mentor and friend) is scheduled for October 7, 2025.

Given these conflicting obligations, Plaintiffs request a brief enlargement of time of seven (7) days – up to and including October 17, 2025 in which to file their opposition to Defendants' Motion for Summary Judgment.

Opposing counsel has been consulted and consents to this request.

2

## CONCLUSION

For the foregoing reasons, Plaintiffs requests that they be granted an enlargement of time through October 17, 2025 in which to file their Opposition to Defendants' Motion for Summary Judgment.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), M.D. Fla. Local Rules, undersigned counsel has conferred in good faith with counsel for Defendants regarding this motion who consents to the relief requested herein.

/s/ Frank R. Jakes
Frank R. Jakes
FB # 372226
JOHNSON POPE BOKOR RUPPEL
& BURNS, LLP
400 N. Ashley Drive, Suite 3100
Tampa, Florida 33602
(813) 225-2500 / (813) 223-7118 (fax)
Attorneys for Plaintiff
frankj@jpfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of September, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frank R. Jakes*
FRANK R. JAKES
*Attorney for Plaintiffs*

#11091245