UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven
Industries, Inc.,

      Plaintiffs,              Case No.: 8:24-cv-01667-SDM-UAM

v.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

      Defendants.
_____/

**NOTICE OF FILING RECORD EVIDENCE IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

      The Plaintiff, RONALD LEE, II, through his undersigned counsel, hereby gives notice of filing the following record evidence in support of his Motion for Partial Summary Judgment:

| | |
|---|---|
| EX. 1 | Deposition Transcript of Ronald Lee, II (taken April 17, 2025) - EXCERPTS |
| | |
| EX. 2 | Declaration of Ronald Lee, II with Exs. 1 and 2)(dated Sept. 30, 2025) |
| | |
| EX. 3 | Deposition Transcript of Gregory Waugh (taken Oct. 18, 2024) - EXCERPTS |
| EX. 4 | Waugh Dep. Ex. 3 |
| EX. 5 | Waugh Dep. Ex. 4 |
| EX. 6 | Waugh Dep. Ex. 5 |
| EX. 7 | Waugh Dep. Ex. 6 |
| | |
| EX. 8 | Deposition Transcript of Gregory Waugh (taken Aug. 7, 2025) - EXCERPTS |
| Ex. 9 | Waugh Dep. Ex. 21 |
| EX. 10 | Waugh Dep. Ex. 23 (excerpts) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on September 30, 2025, which will electronically serve this document to the following:

Richard E. Fee, Esq.
Kathleen M. Wade, Esq.
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com
*Counsel for Defendants*

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ *Frank R. Jakes*
**Frank R. Jakes, Esq.**
Florida Bar No. 372226
Email frankj@jpfirm.com
Email mday@jpfirm.com
400 North Ashley Drive, Suite 3100
Tampa, FL  33602
Telephone (813) 225-2500
Facsimile (813) 223-7118
*Counsel for Plaintiffs*

11098837