# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-cv-1667-SDM-LSG | DATE: | October 6, 2025 |
|---|---|---|---|
| **HONORABLE LINDSAY S. GRIFFIN** | | | |
| LEE, II ET AL<br>**Plaintiff**<br>v.<br>PACIFIC LOCK COMPANY ET AL<br>**Defendant** | | **PLAINTIFF COUNSEL**<br>Frank Jakes | |
| | | **DEFENDANT COUNSEL**<br>Kathleen Wade | |
| **COURT REPORTER:** | Digital | **DEPUTY CLERK:** | Amanda Craig |
| **TIME**: 1:58 PM – 2:41 PM   **TOTAL:** 43 min. | | **COURTROOM:** | ZOOM |

**PROCEEDINGS** – MOTION HEARING –

Hearing held on the Plaintiff's Amended Motion to Compel Production of Documents (Dkt. 49).

Oral argument heard by parties.

For the reasons stated on the record the court grants in part and denies in part the motion.

Order to be entered.

Court adjourned.