UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee II, and Proven
Industries, Inc.,

                                                                           CASE NO: 8:24-cv-01667-SDM-UAM

      Plaintiffs,

vs.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

      Defendants.
_____/

**NOTICE OF MEDIATION**

Please take notice that the parties have scheduled the Mediation in this matter as follows:

| Date/Time | Mediator | Place |
|---|---|---|
| October 28, 2025 at 9:00 a.m. | Jim Matulis | Via Zoom *Please see Zoom Link below |

*Join Zoom Meeting
https://us06web.zoom.us/j/82947502657?pwd=q32bQpdv6ZQo6DhDezproZoNzx6b74.1

Meeting ID: 829 4750 2657
Passcode: 429072

                                              JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

                                              */s/ Frank R. Jakes*
                                              Frank R. Jakes, Esq.
                                              Florida Bar No. 372226
                                              E-Mail: frankj@jpfirm.com
                                              JOHNSON, POPE, BOKOR,

RUPPEL & BURNS, LLP  
400 N. Ashley Drive, Suite 3100  
Tampa, FL 33602  
Telephone: (813) 225-2500  
Facsimile: (813) 223-7118  
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of October 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Frank R. Jakes*  
FRANK R. JAKES  
*Attorney for Plaintiffs*
