UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven
Industries, Inc.,

        Plaintiffs,        Case No.: 8:24-cv-01667-SDM-UAM

v.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

        Defendants.
_____/

## NOTICE OF FILING RECORD EVIDENCE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs, RONALD LEE, II and PROVEN INDUSTRIES, INC., through their undersigned counsel, hereby gives notice of filing the following record evidence in support of their Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment:

| | |
|---|---|
| EX. 1 | Deposition Transcript of Gregory Waugh (taken Oct. 18, 2024)(EXCERPTS) |
| EX. 2 | Deposition Transcript of Gregory Waugh (taken Aug. 7, 2025)(EXCERPTS) |
| EX. 3 | Deposition Transcript of Josh Fleagane (taken on Aug. 25, 2025) (EXCERPTS) |
| EX. 4 | Deposition Transcript of Lance Endsley (taken on Aug. 25, 2025) (EXCERPTS) |
| EX. 5 | Deposition Transcript of Ronald Lee, II (taken on Apr. 17, 2025)(EXCERPTS) |
| EX. 6 | Deposition Transcript of William F. Herberg, III (taken on July 30, 2025) (EXCERPTS) |
| EX. 7 | Def.'s Answers to Pl.'s First Set of Interrogatories (served May 27, 2025) |

| | |
|---|---|
| EX. 8 | Def. Waugh's Resp. to Def.'s First Request for Admis. (served Oct. 17, 2024) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on October 17, 2025, which will electronically serve this document to the following:

Richard E. Fee, Esq.
Kathleen M. Wade, Esq.
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com
*Counsel for Defendants*

JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

/s/ *Frank R. Jakes*
**Frank R. Jakes, Esq.**
Florida Bar No. 372226
Email frankj@jpfirm.com
Email mday@jpfirm.com
400 North Ashley Drive, Suite 3100
Tampa, FL  33602
Telephone (813) 225-2500
Facsimile (813) 223-7118
*Counsel for Plaintiffs*

11154232