# EXHIBIT C

Gregory B. Waugh - Confidential
8/7/2025                                                              1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION

 3

 4
     Ronald Lee, II, and
 5   Proven Industries, Inc.,

 6        Plaintiffs,
                                 Case No. 8:24-cv-01667-SDM-UAM
 7   vs.

 8   Pacific Lock Company a/k/a Paclock
     and Gregory B. Waugh,
 9
          Defendants..
10   : : : : : : : : : : : : : : : : : : : : : : : : : : : :

11
                         GREGORY B. WAUGH
12                        CONFIDENTIAL

13
              *         *         *         *
14

15   DATE:           AUGUST 7, 2025
                     11:22 A.M.  -  3:24 P.M.
16

17
     LOCATION:       FEE & JEFFRIES, P.A.
18                   1227 N. FRANKLIN STREET
                     TAMPA, FLORIDA
19

20   REPORTER:       VANESSA DURHAM-ANDREW
                     NOTARY PUBLIC
21                   STATE OF FLORIDA AT LARGE

22
     ============================================================
23
                           ARRAY
24                   1275 CLEVELAND STREET
                  CLEARWATER, FLORIDA  33755
25                     (844) 817-1080
```

Array
(844) 817-1080

Gregory B. Waugh - Confidential
8/7/2025
54

```
 1   patent-pending.  Is that the same patent-pending
 2   issue that we've been talking about in the last
 3   couple of documents?
 4       A    Yes.
 5       Q    How did PACLOCK go about creating this
 6   product?
 7       A    I'd like you to be a little more specific.
 8   How do you mean?  In terms of, what, original design?
 9   What is it we're looking for here?
10       Q    The original design.  Start me from how
11   this product came to be a product that was made and
12   sold by PACLOCK.
13       A    So we've known of this product for a long
14   time, back in the GusHill era.  So we're talking
15   2000 -- since I was with the company.  So 2005, up
16   until the time that Mr. Lee contacted Pacific Lock to
17   have us start producing hockey pucks for what looks,
18   in essence, like the same product.  So we've been
19   familiar with the design for a considerably long
20   time.
21            It's been in the industry and sold, in this
22   form or fashion, for well over 20 years prior to
23   Pacific Lock deciding it's time for us to start
24   producing, manufacturing, and selling it.  So with
25   that in mind, we simply reverse-engineered the
```

Array
(844) 817-1080

Gregory B. Waugh - Confidential
8/7/2025
55

```
 1   product from what's available on the market, and
 2   added some improvements to it, and we started selling
 3   it.
 4        Q    What material do you use for the shroud?
 5        A    Steel.
 6        Q    Any reason you don't cast that product, the
 7   shroud?
 8        A    Yes.
 9        Q    What?
10             MR. FEE:  And is this attorneys' eyes
11   only?
12             THE DEPONENT:  No.  I feel comfortable.
13             MR. FEE:  Okay.
14             THE DEPONENT:  Casting, generally, is
15   an expensive process to get started with,
16   because the tools to make the casting tend
17   to be expensive.  In addition, the -- there
18   are different types of casting, due to
19   cast -- there is no real steel casting.
20   Typically it's Zinc, when you start talking
21   casting.
22        If you want to talk steel, then you're
23   talking investment casting.  Investment
24   casting is very expensive, very strong,
25   but -- on a per piece, and also as getting
```

Array
(844) 817-1080

Gregory B. Waugh - Confidential
8/7/2025
85

```
 1      A    I'm not sure.  I would presume so.
 2      Q    Well, did you -- pardon me.  Did PACLOCK
 3   reverse-engineer Proven's 2178, as part of the
 4   development of PACLOCK's UCS-77S-2178?
 5      A    Yes.
 6      Q    Okay.  The same way that you did with the
 7   2516?
 8      A    Yes.
 9      Q    Do you happen to have any better memory as
10   to where you got the 2178, the Proven 2178 to
11   reverse-engineer?
12      A    Not specifically, no.
13      Q    What components of PACLOCK's 2178 are
14   manufactured by PACLOCK in California?
15      A    The hockey puck and the sleeve.
16      Q    And is everything else sourced out of
17   China, as in the case of the 2516?
18      A    Yes.
19      Q    Did PACLOCK provide assembly drawings, or
20   drawings to its Chinese vendor for the 2178?
21      A    Yes.
22      Q    And those derived out of the 3D drawing
23   from the reverse-engineering that we were talking
24   about?
25      A    Yes.
```