## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

Lee, II/Proven Industries, Inc.,

    Plaintiff

**Case 8:24-cv-1667-SDM-LSG**

v.

Pacific Lock Company et al

    Defendants

_____/

### MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on Zoom on October 28, 2025, and the results of that conference are indicated below:

☑ All individual parties and their respective trial counsel, designated corporate representatives, and required claims professionals, if any, attended and participated in the mediation conference, and each possessed the requisite authority.

The outcome of the mediation conference was:

☑ the parties have reached agreement on the principal terms; however, more time is needed to finalize and execute a comprehensive settlement agreement. As such, the parties request that the Court administratively close this case for <u>60 days</u>, with the right for any party to re-open upon the filing of a motion showing of good cause.

Dated: November 3, 2025

By: /s/ James M. Matulis

Jim@MatulisLaw.com  
MATULIS MEDIATION | ARBITRATION  
Florida Bar No. 0077429  
Chase Professional Park  
10906 Sheldon Road  
Tampa, FL 33626  
813.451.7347

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 3, 2025, I electronically transmitted the attached document with the United States District Court electronic case filing system, which will electronically send copies to all counsel of record.

<em>/s/ James Matulis</em><br>
James Matulis, Esq.