UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven
Industries, Inc.,

       Plaintiffs,             Case No.: 8:24-cv-01667-SDM-UAM

v.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

       Defendants.
_____/

## STIPULATION FOR NOTICE OF DISMISSAL WITH PREJUDICE

The Parties, having executed a Confidential Settlement Agreement in this matter, request the Court to dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each party bearing its own costs and attorneys' fees.

/s/ *Frank R. Jakes*
Frank R. Jakes, Esq.
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
Florida Bar No. 372226
E-Mail frankj@jpfirm.com
E-Mail mday@jpfirm.com
400 North Ashley Drive, Suite 3100
Tampa, FL 33602
Telephone (813) 225-2500
Facsimile (813) 223-7118
*Attorneys for Plaintiffs*

/ s / *Richard E. Fee*
Richard E. Fee, Esq.
Kathleen M. Wade, Esq.
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, FL 33602
E-Mail: rfee@feejeffries.com
E-Mail: kwade@feejeffries.com
E-Mail: bszabo@feejeffries.com
E-Mail: valeshire@feejeffries.com
Telephone (813) 229-8008
Facsimile (813) 229-0046
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on November 20, 2025, which will electronically serve this document to the following:

Richard E. Fee, Esq.
Kathleen M. Wade, Esq.
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com
*Counsel for Defendants*

                                              */s/ Frank R. Jakes*
                                              Frank R. Jakes, Esq.

#11246596